Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| LUKE ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNDERWRITERS AT LLOYDS )<br>LONDON, )<br>Defendant. )<br>_____ ) | Case No. 3:12:cv:_____<br><br><br><br><br>**NOTICE OF REMOVAL** |

TO: The United States District Court for the District of Alaska
      Luke Anderson

      You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Catlin Syndicate 2003 at Lloyds ("Catlin"), incorrectly sued as Underwriters at Lloyds London, has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Plaintiff in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-12-11024 CI. (Complaint attached as Exhibit A.) You are also notified that Defendant has filed a copy of this

notice with the Clerk of the Superior Court for the Third Judicial District at Anchorage (attached as Exhibit B), and that said action has thereby been removed from the Superior Court to the United States District Court.

The service was affected on November 16, 2012 when the Department of Commerce, Division of Insurance, State of Alaska received a copy of the complaint.

The ground for removal is diversity of citizenship. 28 U.S.C. §§ 1332, 1441. According to the complaint, Plaintiff is a citizen of Anchorage, Alaska. (Ex. A at ¶ 1.) Catlin is a citizen of the foreign state of the United Kingdom with its principal place of business in London, United Kingdom. Complete diversity of citizenship therefore exists between Plaintiff and Catlin.

Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. Specifically, the complaint alleges that Plaintiff seeks damages in the amount of $215,000 plus interest and attorney's fees. (Ex. A at ¶9.) A copy of all process, pleadings and orders on file in the Superior Court will be filed as ordered by the court.

Based on the above, this Court has original jurisdiction over this action, and Defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska. 28 U.S.C. §§ 1332, 1441, 1446.

DATED this 14th day of December, 2012, at Anchorage, Alaska.

By: s/Alfred Clayton, Jr.

BLISS, WILKENS & CLAYTON
Counsel for Defendant
Catlin Syndicate 2003 at Lloyds
500 L Street, Suite 200
Anchorage, AK  99501
E-mail:  atc@bwclawyers.com
Phone: (907) 276-2999
Fax:  (907) 276-2956
ABA No. 9111079

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2012,
a copy of the foregoing was
served electronically on:

Gregory J. Grebe
1400 West Benson Blvd.
Anchorage, AK 99503

**s/Alfred Clayton, Jr.**