IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LUKE ANDERSON, )
)
        Plaintiff, )
)
v. )
)
UNDERWRITERS AT LLOYDS )
LONDON, )
)
        Defendant. )
_____ )

COPY
Original Received
NOV 14 2012
Clerk of the Trial Courts

Case No. 3AN-12-11024 Civil

## COMPLAINT

COMES NOW, Luke Anderson, by and through his attorney, Gregory J. Grebe, and for his cause of action, alleges as follows:

### COUNT I

**I.**

Luke Anderson, at all times relevant was a resident of Anchorage, Alaska.

**II.**

Underwriters at Lloyds London is an unincorporated association of underwriters with a principal place of business in London, England.

**III.**

Underwriters at Lloyds London does business within the State of Alaska by selling insurance to various entities.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

Complaint
*Anderson v. Underwriters at Lloyds London*

EXHIBIT A
PG 1 OF 5

Page 1 of 4

### IV.

That Defendant, Underwriters at Lloyds London, sold a policy of insurance (Policy No. 24124-95336) to Plaintiff, Luke Anderson, insuring the F/V Scandia, a 56-foot purse seiner.

### V.

That on or about June 18, 2012, the F/V Scandia sank at Uyak Bay in Kodiak, Alaska.

### VI.

That Defendant, Underwriters at Lloyds London, has been notified of the loss occurring on June 18, 2012.

### VII.

That Defendant, Underwriters at Lloyds London, has without excuse and without justification, failed and refused to pay the hull loss of $215,000.00.

### VIII.

That Luke Anderson seeks payment of the hull loss of $215,000.00 pursuant to the insurance policy he purchased from Underwriters at Lloyds London.

### IX.

WHEREFORE Plaintiff will seek the payment of $215,000.00 (minus any deductible) plus interest and attorney's fees for breach of contract.

## COUNT II

### X.

Plaintiff realleges paragraphs I through IX as if fully set forth herein.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

Complaint
*Anderson v. Underwriters at Lloyds London*
Page 2 of 4

EXHIBIT A
PG. 2 OF 5

Case 3:12-cv-00247-RRB   Document 1-1   Filed 12/14/12   Page 2 of 5

## XI.

As a result of Defendant's breach of contract, Plaintiff has suffered consequential damages in an amount that will be named at trial.

## XII.

WHEREFORE Plaintiff will seek recovery of all damages caused as a consequence of Defendant's breach of contract and all damages allowed by law for Defendant's breach.

## COUNT III

## XIII.

Plaintiff realleges paragraphs I through XIII as if fully set forth herein.

## XIV.

Defendant failed or refused to conduct an investigation in this case.

## XV.

Defendant either refused to investigate and uncover the facts in this case or purposely chose to ignore them.

## XVI.

Defendant engaged in bad faith conduct towards Plaintiff, Luke Anderson, to either delay or deny payment of this claim.

## XVII.

For Defendant's conduct, Luke Anderson is entitled to punitive damages for bad faith in an amount to be named at trial.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

Complaint
*Anderson v. Underwriters at Lloyds London*

## XVIII.

WHEREFORE, Plaintiff will seek all damages allowed by law for breach of contract, consequential damages and punitive damages. Plaintiff does seek damages in excess of $100,000.00 and also seeks interest, costs and attorney's fees and other relief as the Court deems appropriate under the circumstances.

DATED this 13th day of November 2012.

LAW OFFICES OF GREGORY J. GREBE
Attorney for Plaintiff

By _____
Gregory J. Grebe
Alaska Bar #7710125

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

Complaint
*Anderson v. Underwriters at Lloyds London*

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LUKE ANDERSON, )
)
           Plaintiff, )
)
v. )
)
UNDERWRITERS AT LLOYDS )
LONDON, )
)
           Defendant. )
_____ )   Case No. 3AN-12-_____ Civil

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Luke Anderson, by and through his attorney, Gregory J. Grebe, and hereby demands a trial by jury in the above matter.

DATED this 14th day of November, 2012 at Anchorage, Alaska.

                                LAW OFFICE OF GREGORY J. GREBE
                                Attorney for Plaintiff

                                _____
                                Gregory J. Grebe
                                Alaska Bar# 7710125

Law Office of
Gregory J. Grebe

1400 W. Benson Blvd.,
Ste. 120
Anchorage, Alaska 99503

Telephone: (907) 277-0077
Facsimile: (907) 274-6670

Demand for Jury Trial
*Anderson v. Underwriters at Lloyds London*
                                                                          Page 1 of 1

EXHIBIT A
PG 5 OF 5