GREGORY J. GREBE, ESQ.
LAW OFFICE OF GREGORY J. GREBE
1400 West Benson Boulevard, Suite 120
Anchorage, Alaska 99503
(907) 277-0077
(907) 274-6670 Fax
ggrebe@alaska.com

Attorney for Plaintiff Luke Anderson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LUKE ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATLIN SYNDICATE 2003 ) <br> AT LLOYDS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:12-CV-00247-RRB |

### AMENDED COMPLAINT

COMES NOW, Luke Anderson, by and through his attorney, Gregory J. Grebe, and for his cause of action, alleges as follows:

### COUNT I

**I.**

Luke Anderson, at all times relevant was a resident of Anchorage, Alaska.

**II.**

Caitlin Syndicate 2003 at Lloyds is an unincorporated association of underwriters with a principal place of business in London, England.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

### III.

Caitlin Syndicate 2003 at Lloyds does business within the State of Alaska by selling insurance to various entities.

### IV.

That Defendant, Caitlin Syndicate 2003 at Lloyds, sold a policy of insurance (Policy No. 24124-95336) to Plaintiff, Luke Anderson, insuring the F/V Scandia, a 56-foot purse seiner.

### V.

That on or about June 18, 2012, the F/V Scandia sank at Uyak Bay in Kodiak, Alaska.

### VI.

That Defendant, Caitlin Syndicate 2003 at Lloyds, has been notified of the loss occurring on June 18, 2012.

### VII.

That Defendant, Caitlin Syndicate 2003 at Lloyds, has without excuse and without justification, failed and refused to pay the hull loss of $215,000.00.

### VIII.

That Luke Anderson seeks payment of the hull loss of $215,000.00 pursuant to the insurance policy he purchased from Caitlin Syndicate 2003 at Lloyds.

### IX.

WHEREFORE Plaintiff will seek the payment of $215,000.00 (minus any deductible) plus interest and attorney's fees for breach of contract.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

Amended Complaint
*Anderson v. Caitlin Syndicate 2003 at Lloyds*                                    Page 2 of 4

## COUNT II

### X.

Plaintiff realleges paragraphs I through IX as if fully set forth herein.

### XI.

As a result of Defendant's breach of contract, Plaintiff has suffered consequential damages in an amount that will be named at trial.

### XII.

WHEREFORE Plaintiff will seek recovery of all damages caused as a consequence of Defendant's breach of contract and all damages allowed by law for Defendant's breach.

## COUNT III

### XIII.

Plaintiff realleges paragraphs I through XIII as if fully set forth herein.

### XIV.

Defendant failed or refused to conduct an investigation in this case.

### XV.

Defendant either refused to investigate and uncover the facts in this case or purposely chose to ignore them.

### XVI.

Defendant engaged in bad faith conduct towards Plaintiff, Luke Anderson, to either delay or deny payment of this claim.

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670

## XVII.

For Defendant's conduct, Luke Anderson is entitled to punitive damages for bad faith in an amount to be named at trial.

## XVIII.

WHEREFORE, Plaintiff will seek all damages allowed by law for breach of contract, consequential damages and punitive damages. Plaintiff does seek damages in excess of $100,000.00 and also seeks interest, costs and attorney's fees and other relief as the Court deems appropriate under the circumstances.

DATED this 19th day of December, 2012.

LAW OFFICES OF GREGORY J. GREBE

By: s/GREGORY J. GREBE
GREGORY J. GREBE
1400 West Benson Blvd., Suite 120
Anchorage, Alaska 99503
Phone: (907) 277-0077
Facsimile: (907) 274-6670
E-Mail:   ggrebe@alaska.com
          mgrebe@gci.net
          grebelaw@gci.net
Alaska Bar No.: 7710125
Attorney for Plaintiff Luke Anderson

CERTIFICATE OF SERVICE
Pursuant to Civil Rule 5, I hereby certify that on this 19th day of December 2012 a true and correct copy of the foregoing document was served electronically on the following person(s):

Alfred Clayton, Jr.
Bliss, Wilkins & Clayton
500 L Street, Suite 200
Anchorage, Alaska 99501

By: s/Angela R. Bell
Amended Complaint
*Anderson v. Caitlin Syndicate 2003 at Lloyds*

GREGORY J. GREBE
Attorney at Law

1400 West Benson Boulevard,
Suite 120
Anchorage, Alaska 99503

Phone: (907)277-0077
Facsimile: (907)274-6670