Alfred Clayton, Jr.
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: atc@bwclawyers.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| LUKE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:12-cv-00247-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| CATLIN SYNDICATE 2003 | ) | **STIPULATION FOR DISMISSAL** |
| AT LLOYDS, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by and between the parties hereto, through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims in the captioned matter which were or could have been asserted by Plaintiff Luke Anderson against Defendant Catlin Syndicate 2003 at Lloyds be dismissed

with prejudice, each party to bear its own costs and attorney's fees, on the ground and for the reason all issues raised herein have been fully compromised and settled.

DATED this 20th day of February, 2013, at Anchorage, Alaska.

            BLISS, WILKENS & CLAYTON
            Lawyers for Defendant
            Catlin Syndicate 2003 at Lloyds

            By: s/Alfred Clayton, Jr.
              500 L Street, Suite 200
              Anchorage, AK 99501
              Telephone: (907) 276-2999
              Facsimile: (907) 276-2956
              E-mail: atc@bwclawyers.com
              ABA No.: 9111079

            LAW OFFICE OF GREGORY J. GREBE
            Lawyers for Plaintiff Luke Anderson

            By: s/Gregory J. Grebe
              1400 W. Benson Blvd., Suite 120
              Anchorage, AK 99503
              Telephone: (907) 277-0077
              Facsimile: (907) 274-6670
              E-mail: ggrebe@alaska.com
              ABA No.: 7710125

N:\JAW\3097-1\PLDNGS\DISMISS.STIP.DOC

STIPULATION FOR DISMISSAL
WITH PREJUDICE              *Anderson v. Underwriters at Lloyds London*
Page 2 of 2                  Case No. 3:12-cv-00247-RRG

Case 3:12-cv-00247-RRB Document 14 Filed 02/20/13 Page 2 of 2